SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
Telephone: 775.348.4888
Fax No.: 775.786.0127
sketner@littler.com

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 22 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BONNIE VALKER,

    Plaintiff,

vs.

PETCO ANIMAL SUPPLIES STORES, INC. and DOES I-X,

    Defendants.

ORDER

Case No. 3:19-cv-00034-LRH-WGC

**DEFENDANT'S REQUEST TO EXTEND THE DEADLINE TO SUBMIT ITS EARLY NEUTRAL EVALUATION STATEMENT**

**(FIRST REQUEST)**

    Pursuant to Local Rule 6-1, Defendant Petco Animal Supplies Stores, Inc., through its counsel of record, submits this Request to Extend the Deadline to Submit the Early Neutral Evaluation ("ENE") Statement.

    On March 8, 2019, the Court entered an order (ECF No. 12) directing the parties to submit ENE Statements by no later than 4:00 p.m. on Monday, March 25, 2019. Kristen Silverman-Hunter will begin her employment with Petco as its in-house employment counsel on March 25, 2019 – i.e., the day that Defendant's ENE Statement is due to the Court. In order to provide Ms. Silverman-Hunter sufficient time to review Defendant's ENE Statement, Defendant requests that the deadline

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:163243191.1 060429.1225

for it to submit its ENE Statement be extended to 4:00 p.m. on Wednesday, March 27, 2019. Defendant submits this request for extension in good faith and not for purposes of delay

Dated: March 22, 2019

*/s/Sandra Ketner*
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of March, 2019

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:163243191.1 060429.1225