1
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
2
200 S. Virginia Street
8th Floor
3
Reno, NV 89501.1944
Telephone:    775.348.4888
4
Fax No.:       775.786.0127
sketner@littler.com
5

6
Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.

7

8                         UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10

11   BONNIE VALKER,

12                 Plaintiff,                    Case No. 3:19-cv-00034-LRH-WGC

13   vs.                                         **REQUEST TO VACATE EARLY
                                                 NEUTRAL EVALUATION SESSION;**
14   PETCO ANIMAL SUPPLIES STORES,               **ORDER**
     INC. and DOES I-X,
15
                   Defendants.
16

17          Plaintiff Bonnie Valker ("Plaintiff") and Defendant Petco Animal Supplies Stores, Inc.

18   ("Defendant"), by and through their attorneys of record, hereby request to vacate the Early Neutral

19   Evaluation Session scheduled for Monday, May 20, 2019, at 1:30 p.m. before Magistrate Judge

20   Carry.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:164430881.1 060429.1225

The parties have reached a tentative settlement and request a period of 30 days from the date this order is entered to file a stipulation for dismissal with prejudice.

Dated: May 16, 2019                    May 16, 2019


/s/Mark Mausert                        /s/Sandra Ketner
MARK MAUSERT, ESQ.                     SANDRA KETNER, ESQ.
CODY OLDHAM, ESQ.                      LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                Attorneys for Defendant
BONNIE VALKER                          PETCO ANIMAL SUPPLIES STORES, INC.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this _____ 17th day of _____ May _____, 2019.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:164430881.1 060429.1225