UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BONNIE VALKER,

        Plaintiff,

vs.

PETCO ANIMAL SUPPLIES STORES, INC. and DOES I-X,

        Defendants.

Case No. 3:19-cv-00034-LRH-WGC

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff BONNIE VALKER ("Plaintiff") and Defendant PETCO ANIMAL SUPPLIES STORES, INC. ("Defendant"), through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

///

Each party will bear its own costs and attorneys' fees. All parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: June 10, 2019                                  Dated: June 10, 2019

*/s/ Mark Mausert*                                    */s/ Sandra Ketner*
MARK MAUSERT, ESQ.                                    SANDRA KETNER, ESQ.
CODY OLDHAM, ESQ.                                     LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                               Attorney for Defendant
BONNIE VALKER                                         PETCO ANIMAL SUPPLIES STORES, INC.

## ORDER

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 14th day of June, 2019.